Sten E. Sorby, WSBA# 27020
Law Office of Sten E. Sorby
5413 Meridian Ave. N, Suite A
Seattle, WA 98103
206-547-1003

Judge: SAMUEL J. STEINER
**Chapter: 13**
Location: Seattle
Date: **February 18, 2010**
Time: 9:30 a.m.
Response date: February 11, 2010

# UNITED STATES BANKRUPTCY COURT
Western District of Washington

In re:
JENNIFER L. FERNANDEZ, and
BASILIO FERNANDEZ,

Debtor(s).

Chapter 13

Case No. 08-10192

**ORDER** ON MOTION FOR HARDSHIP DISCHARGE UNDER 11 U.S.C.§1328(b)

This matter having come on the motion of the debtors for discharge under 11 U.S.C.§ 1328(b), the Court having considered the motion and declaration of the debtor, notice having been given, no timely response having been filed and good cause having been shown, it is HEREBY

ORDERED that the debtors' request for discharge under 11 U.S.C.§ 1328(b) is GRANTED and their case shall be processed for closing in the normal course.

Dated this ___ day of February, 2010.

*[signature]*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

/s/ *Sten E. Sorby,*WSBA# 27020
Sten E. Sorby, Attorney

ORDER on Motion for Hardship Discharge - 1

Law Office of Sten E. Sorby
5413 Meridian Ave. N, Suite A
Seattle, WA 98103
206-547-1003

ORDER on Motion for Hardship Discharge - 2

Law Office of Sten E. Sorby
5413 Meridian Ave. N, Suite A
Seattle, WA 98103
206-547-1003

Case 08-10192-SJS    Doc 51    Filed 02/16/10    Entered 02/16/10 14:02:33    Page 2 of 2